**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN        District of IN

Case number
(If known) _____

Chapter you are filing under:

☒ Chapter 7
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this is an amended filing

## Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

12/17

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
|---|---|

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | ADAM<br>First name<br><br>T.<br>Middle name<br><br>WILLIAMSON<br>Last name<br><br>_____<br>Suffix (Sr., Jr., II, III) | _____<br>First name<br><br>_____<br>Middle name<br><br>_____<br>Last name<br><br>_____<br>Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years**<br><br>Include your married or maiden names. | _____<br>First name<br><br>_____<br>Middle name<br><br>_____<br>Last name<br><br>_____<br>First name<br><br>_____<br>Middle name<br><br>_____<br>Last name | _____<br>First name<br><br>_____<br>Middle name<br><br>_____<br>Last name<br><br>_____<br>First name<br><br>_____<br>Middle name<br><br>_____<br>Last name |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx – xx – 6  5  0  8<br>OR<br>9 xx – xx –__ __ __ __ | xxx – xx –__ __ __ __<br>OR<br>9 xx – xx –__ __ __ __ |

Debtor 1   ADAM          T.          WILLIAMSON          Case number (if known) _____
           First Name   Middle Name  Last Name

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**<br><br>Include trade names and *doing business as* names | ☐ I have not used any business names or EINs.<br><br>ADAMS AUTO REPAIR<br>Business name<br><br>_____<br>Business name<br><br>8 2−2 0 5 2 9 7 0<br>EIN<br><br> −<br>EIN | ☐ I have not used any business names or EINs.<br><br>_____<br>Business name<br><br>_____<br>Business name<br><br> −<br>EIN<br><br> −<br>EIN |

**5. Where you live**

|  |  |
|---|---|
| 2203     TAYLOR ST.<br>Number    Street<br><br>_____<br><br>FORT WAYNE           IN    46802<br>City                 State  ZIP Code<br><br>ALLEN<br>County<br><br>**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.<br><br>_____<br>Number    Street<br><br>_____<br><br>_____<br>City                 State  ZIP Code | If Debtor 2 lives at a different address:<br><br>_____<br>Number    Street<br><br>_____<br><br>_____<br>City                 State  ZIP Code<br><br>_____<br>County<br><br>**If Debtor 2's mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.<br><br>_____<br>Number    Street<br><br>_____<br><br>_____<br>City                 State  ZIP Code |

**6. Why you are choosing *this district* to file for bankruptcy**

| *Check one:* | *Check one:* |
|---|---|
| ☒ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)<br><br>_____<br>_____<br>_____<br>_____ | ☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)<br><br>_____<br>_____<br>_____<br>_____ |

| Debtor 1 | ADAM | T. | WILLIAMSON | Case number (if known) _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 2: Tell the Court About Your Bankruptcy Case

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy* (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

- ☒ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

**8. How you will pay the fee**

☒ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay Your Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

☒ No
☐ Yes.

| District _____ | When _____ | Case number _____ |
|---|---|---|
| | MM / DD / YYYY | |
| District _____ | When _____ | Case number _____ |
| | MM / DD / YYYY | |
| District _____ | When _____ | Case number _____ |
| | MM / DD / YYYY | |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☒ No
☐ Yes.

| Debtor _____ | Relationship to you _____ |
|---|---|
| District _____ When _____ | Case number, if known _____ |
| MM / DD / YYYY | |
| Debtor _____ | Relationship to you _____ |
| District _____ When _____ | Case number, if known _____ |
| MM / DD / YYYY | |

**11. Do you rent your residence?**

☐ No. Go to line 12.
☒ Yes. Has your landlord obtained an eviction judgment against you?

   ☒ No. Go to line 12.

   ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

| Debtor 1 | ADAM | T. | WILLIAMSON | Case number (if known) | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

**Part 3:** Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☐ No. Go to Part 4.

☒ Yes. Name and location of business

ADAMS AUTO REPAIR
Name of business, if any

2201    TAYLOR STREET
Number    Street

_____

FORT WAYNE                     IN          46802
City                          State       ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☒ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines. If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

☒ No. I am not filing under Chapter 11.

☐ No. I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes. I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

---

**Part 4:** Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☒ No

☐ Yes. What is the hazard? _____

_____

If immediate attention is needed, why is it needed? _____

_____

Where is the property? _____
                        Number          Street

_____
City                          State       ZIP Code

| Debtor 1 | ADAM | T. | WILLIAMSON | Case number (if known) | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| **Part 5:** | Explain Your Efforts to Receive a Briefing About Credit Counseling |
|---|---|

**15. Tell the court whether you have received briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☒ I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ I am not required to receive a briefing about credit counseling because of:

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ I am not required to receive a briefing about credit counseling because of:

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

| Debtor 1 | ADAM | T. | WILLIAMSON | Case number (if known) |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| **Part 6:** | Answer These Questions for Reporting Purposes |
|---|---|

**16. What kind of debts do you have?**

**16a. Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.
☒ Yes. Go to line 17.

**16b. Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☒ No.   Go to line 16c.
☐ Yes.   Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts.

---

**17. Are you filing under Chapter 7?**

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ No.  I am not filing under Chapter 7. Go to line 18.

☒ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☒ No
☐ Yes

---

**18. How many creditors do you estimate that you owe?**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

---

**19. How much do you estimate your assets to be worth?**

☒ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

**20. How much do you estimate your liabilities to be?**

☐ $0-$50,000
☐ $50,001-$100,000
☒ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

| **Part 7:** | Sign Below |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11, 12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

☒ _____
Signature of Debtor 1

☒ _____
Signature of Debtor 2

☒ Executed on  3-29-18
MM / DD / YYYY

Executed on  _____
MM / DD / YYYY

Debtor 1    ADAM          T.              WILLIAMSON                          Case number (if known) _____
            First Name    Middle Name     Last Name

| | |
|---|---|
| **For your attorney, if you are represented by one** | I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.   I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect. |

**If you are not represented by an attorney, you do not need to file this page.**

✖ _____       Date   3-29-18
    Signature of Attorney for Debtor                       MM / DD / YYYY


FRED WEHRWEIN _____
Printed name

FRED WEHRWEIN, PC _____
Firm name

1910     ST. JOE CENTER RD. #52 _____
Number   Street

_____

FORT WAYNE _____      IN        46825 _____
City                                    State     ZIP Code


Contact phone  260-480-5700 _____     Email address   WEHRWEINPC@AOL.COM _____


1405-02 _____     IN _____
Bar number                                   State

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | ADAM | T. | WILLIAMSON |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: NORTHERN    District of IN

Case number
(If known) _____

☐ Check if this is an amended filing.

# Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:    Summarize Your Assets

**Your assets**
Value of what you own

1. *Schedule A/B: Property* (Official Form 106A/B)

   1a. Copy line 55, Total real estate, from *Schedule A/B* ................................................... $ _____ 3,833.00

   1b. Copy line 62, Total personal property, from *Schedule A/B* .................................... $ _____ 3,500.00

   1c. Copy line 63, Total of all property on *Schedule A/B* ............................................. $ _____ 7,333.00

### Part 2:    Summarize Your Liabilities

**Your liabilities**
Amount you owe

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)

   2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D* ........... $ _____ 80,167.00

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)

   3a. Copy   the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F* ...................................... $ _____ 1,196.00

   3b. Copy   the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F* ................................. +$ _____ 38,684.00

   **Your total liabilities** $ _____ 120,047.00

### Part 3:    Summarize Your Income and Expenses

4. *Schedule I: Your Income* (Official Form 106I)
   Copy your combined monthly income from line 12 of *Schedule I* ................................................... $ _____ 3,030.00

5. *Schedule J: Your Expenses* (Official Form 106J)
   Copy your monthly expenses from line 22, Column A, of *Schedule J* ........................................... $ _____ 3,190.00

Debtor 1  ADAM    T.    WILIAMSON
          First Name    Middle Name    Last Name                    Case number (if known) _____

| Part 4: | Answer These Questions for Administrative and Statistical Records |
|---|---|

6. Are you filing for bankruptcy under Chapters 7, 11, or 13?

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

☒ Yes

7. **What kind of debt do you have?**

☒ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-10 for statistical purposes. 28 U.S.C. § 159.

☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. From the *Statement of Your Current Monthly Income*: Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

$ 2606.00

9. Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:

Total claim

From Part 4 on *Schedule E/F*, copy the following:

9a. Domestic support obligations (Copy line 6a.)                         $ _____ 0.00

9b. Taxes and certain other debts you owe the government. (Copy line 6b.)    $ _____ 1,196.00

9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.)  $ _____ 0.00

9d. Student loans. (Copy line 6f.)                                       $ _____ 0.00

9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.)   $ _____ 0.00

9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.)   + $ _____ 0.00

9g. **Total.** Add lines 9a through 9f.                                  $ _____ 1,196.00

**Fill in this information to identify your case:**

| Debtor 1 | ADAM | T. | WILLIAMSON |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: NORTHERN          District of IN

Case number _____
(If known)

☐ Check if this is an amended filing.

## Official Form 106A/B

## Schedule A/B Property                                                    12/15

In each category, separately list and describe items. List an asset only once.   If an asset fits in more than one category, list the asset in the category where you think it fits best.   Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In |
|---|---|

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.
☒ Yes. Where is the property?

**1.1.** 12709 US HWY 27 S.
Street address, if available, or other description

FORT WAYNE          IN          46816
City                State       ZIP Code

ALLEN
County

**What is the property?** Check all that apply.
☒ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? | Current value of the portion you own?
$          84,000.00 | $          3,833.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
_____

☐ Check if this is community property (see instructions)

If you own or have more than one, list here:

**1.2.** _____
Street address, if available, or other description

_____

City          State     ZIP Code

_____
County

**What is the property?** Check all that apply.
☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? | Current value of the portion you own?
$ _____ | $ _____

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
_____

☐ Check if this is community property (see instructions)

Debtor 1   ADAM        T.           WILLIAMSON
           First Name   Middle Name   Last Name

Case number (if known) _____

| | | | |
|---|---|---|---|

**1.3.** _____

Street address, if available, or other description

_____

_____

City          State    ZIP Code

_____

County

**What is the property?** Check all that apply.

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? | Current value of the portion you own?

$ _____ | $ _____

**Describe the nature of your ownership interest** (such as fee simple, tenancy by the entireties, or a life estate), if known.

_____

**2.** Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.......................................➔ | $ 3,833.00

---

**Part 2:** Describe Your Vehicles

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

**3.** Cars, vans, trucks, tractors, sport utility vehicles, motorcycles

☐ No
☒ Yes

**3.1.** Make: VOLVO

Model: _____

Year: 2002

Approximate mileage: 200,000

Other information:

**Who has an interest in the property?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? | Current value of the portion you own?

$ 500.00 | $ 500.00

If you own or have more than one, describe here:

**3.2.** Make: HONDA

Model: 750

Year: 2001

Approximate mileage: 20,000

Other information:

**Who has an interest in the property?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? | Current value of the portion you own?

$ 200.00 | $ 200.00

Debtor 1    ADAM         T.           WILLIAMSON
            First Name   Middle Name  Last Name

Case number (if known) _____

| 3.3. | Make: | SUZUKI | **Who has an interest in the property?** Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|------|-------|--------|---------|---------|

3.3. Make: SUZUKI
Model: 800
Year: 2004
Approximate mileage: 20,000
Other information:

**Who has an interest in the property?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?      Current value of the portion you own?
$ _____300.00       $ _____300.00

3.4. Make: _____
Model: _____
Year: _____
Approximate mileage: _____
Other information:

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?      Current value of the portion you own?
$ _____       $ _____

---

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☒ No
☐ Yes

4.1. Make: _____
Model: _____
Year: _____
Other information:

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?      Current value of the portion you own?
$ _____       $ _____

If you own or have more than one, list here:

4.2. Make: _____
Model: _____
Year: _____
Other information:

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?      Current value of the portion you own?
$ _____       $ _____

---

5. **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here** .................................. →   $ _____1,000.00

| Debtor 1 | ADAM | T. | WILLIAMSON | Case number (if known) |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

---

**Part 3:**   Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following items?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples*: Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ☒ Yes. Describe.....  APPLIANCES, FURNITURE                                $           1,000.00

7. **Electronics**
   *Examples*: Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ☒ Yes. Describe.....  1 TELEVISION, 1 CELL PHONE                           $             200.00

8. **Collectibles of value**
   *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ☒ No
   ☐ Yes. Describe.....                                                       $

9. **Equipment for sports and hobbies**
   *Examples*: Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ☒ No
   ☐ Yes. Describe.....                                                       $

10. **Firearms**
    *Examples*: Pistols, rifles, shotguns, ammunition, and related equipment
    ☒ No
    ☐ Yes. Describe.....                                                      $

11. **Clothes**
    *Examples*: Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ☒ Yes. Describe.....  EVERYDAY CLOTHING                                   $             500.00

12. **Jewelry**
    *Examples*: Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☒ No
    ☐ Yes. Describe.....                                                      $

13. **Non-farm animals**
    *Examples*: Dogs, cats, birds, horses
    ☒ No
    ☐ Yes. Describe.....                                                      $

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ☒ No
    ☐ Yes. Describe.....                                                      $

15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here  ......................................➔  $           1,700.00

---

| **Part 4:** | **Describe Your Financial Assets** |
|---|---|

**Do you own or have any legal or equitable interest in any of the following?**

*Current value of the portion you own?*
Do not deduct secured claims or exemptions.

16. **Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No
☒ Yes

Cash: ................ $ _____ 100.00

17. **Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No
☒ Yes ...............

Institution name:

| | | |
|---|---|---|
| 17.1. Checking account: | FIFTH THIRD BANK | $ _____ 200.00 |
| 17.2. Checking account: | _____ | $ _____ |
| 17.3. Savings account: | _____ | $ _____ |
| 17.4. Savings account: | _____ | $ _____ |
| 17.5. Certificates of deposit: | _____ | $ _____ |
| 17.6. Other financial account: | _____ | $ _____ |
| 17.7. Other financial account: | _____ | $ _____ |
| 17.8. Other financial account: | _____ | $ _____ |
| 17.9. Other financial account: | _____ | $ _____ |

18. **Bonds, mutual funds, or publicly traded stocks**

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☒ No
☐ Yes ...............

Institution or issuer name:

$ _____
$ _____
$ _____

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☒ No
☐ Yes. Give specific information about them.

Name of entity:                 % of ownership:

_____   0.00 %   $ _____
_____   0.00 %   $ _____
_____   0.00 %   $ _____

Debtor 1    ADAM_____ T._____ WILLIAMSON_____    Case number (if known) _____
        First Name    Middle Name    Last Name

---

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☒ No
☐ Yes. Give specific    Issuer name:
   information about
   them..................... _____    $ _____

_____    $ _____

_____    $ _____

**21. Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
☐ No
☒ Yes. List each    Type of account:        Institution name:
   account separately.

401(k) or similar plan:    HZ JDB INC._____    $ _____500.00

Pension plan:    _____    $ _____

IRA:    _____    $ _____

Retirement account:    _____    $ _____

Keogh:    _____    $ _____

Additional account:    _____    $ _____

Additional account:    _____    $ _____

**22. Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications
companies, or others
☒ No
☐ Yes ........................    Institution name or individual:

Electric:    _____    $ _____

Gas:    _____    $ _____

Heating oil:    _____    $ _____

Security deposit on rental unit: _____    $ _____

Prepaid rent:    _____    $ _____

Telephone:    _____    $ _____

Water:    _____    $ _____

Rented furniture:    _____    $ _____

Other:    _____    $ _____

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
☒ No
☐ Yes..........................    Issuer name and description:

_____    $ _____

_____    $ _____

_____    $ _____

---

Debtor 1    ADAM_____ T._____ WILLIAMSON_____
First Name    Middle Name    Last Name

Case number (if known) _____

---

**24.  Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☒ No

☐ Yes ................................. Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

_____ $ _____

_____ $ _____

_____ $ _____

**25.  Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☒ No

☐ Yes. Give specific information about them.
............................................ [                                        ] $ _____

**26.  Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples*: Internet domain names, websites, proceeds from royalties and licensing agreements

☒ No

☐ Yes. Give specific information about them.
[                                        ] $ _____

**27.  Licenses, franchises, and other general intangibles**
*Examples*: Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☒ No

☐ Yes. Give specific information about them.
[                                        ] $ _____

**Money or property owed to you?**

Current value of the portion you own?
Do not deduct secured claims or exemptions.

**28.  Tax refunds owed to you**

☒ No

☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years. ...........................................

Federal:    $ _____

State:    $ _____

Local:    $ _____

**29.  Family support**
*Examples*: Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☒ No

☐ Yes. Give specific information. ............

Alimony:    $ _____
Maintenance:    $ _____
Support:    $ _____
Divorce settlement:    $ _____
Property settlement:    $ _____

**30.  Other amounts someone owes you**
*Examples*: Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,   workers' compensation, Social Security benefits; unpaid loans you made to someone else

☒ No

☐ Yes. Give specific information. ............
[                                        ] $ _____

---

Debtor 1    ADAM        T.        WILLIAMSON        Case number (if known) _____
           First Name    Middle Name    Last Name

---

31. **Interests in insurance policies**
   *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

   ☐ No

   ☒ Yes. Name the insurance company
   of each policy and list its value. .....

   | Company name: | Beneficiary: | Surrender or refund value: |
   |---|---|---|
   | HEALTH INSURANCE INNOVATORS | | $ 0.00 |
   | OSGLI LIFE INSURANCE | EX-WIFE | $ 0.00 |
   | | | $ |

32. **Any interest in property that is due from someone who has died**
   If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

   ☒ No

   ☐ Yes. Give specific information...........                                          $ _____

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
   *Examples:* Accidents, employment disputes, insurance claims, or rights to sue

   ☒ No

   ☐ Yes. Describe each claim. .............                                           $ _____

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

   ☒ No

   ☐ Yes. Describe each claim.............                                             $ _____

35. **Any financial assets you did not already list**

   ☒ No

   ☐ Yes. Give specific information. ...                                               $ _____

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here** ..................................................➔    $ 800.00

---

**Part 5:**    Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**

   ☒ No. Go to Part 6.

   ☐ Yes. Go to line 38.

   **Current value of the portion you own?**
   Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**

   ☐ No

   ☐ Yes. Describe .                                                                   $ _____

39. **Office equipment, furnishings, and supplies**
   *Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

   ☐ No

   ☐ Yes. Describe..                                                                   $ _____

---

Official Form 106A/B                    Schedule A/B: Property                          page 8

Debtor 1   ADAM        I.        WILLIAMSON         Case number (if known) _____
           First Name    Middle Name    Last Name

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☐ No

☐ Yes. Describe.. _____    $ _____

41. **Inventory**

☐ No

☐ Yes. Describe.. _____    $ _____

42. **Interests in partnerships or joint ventures**

☐ No

☐ Yes. Describe...... Name of entity:                    % of ownership:

_____    0.00%    $ _____

_____    0.00%    $ _____0.00

_____    0.00%    $ _____

43. **Customer lists, mailing lists, or other compilations**

☐ No

☐ Yes. Do your lists include personally identifiable information (as defined in 11 U.S.C. § 101(41A))?

   ☐ No

   ☐ Yes. Describe......... _____    $ _____

44. **Any business-related property you did not already list**

☐ No

☐ Yes. Give            _____    $ _____
specific            _____    $ _____
information         _____    $ _____
                    _____    $ _____
                    _____    $ _____
                    _____    $ _____

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached
for Part 5. Write that number here** ..........................................➔    $ _____0.00

| Part 6: | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. |
|---------|------------------------------------------------------------------------------------------------|
|         | **If you own or have an interest in farmland, list it in Part 1.** |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☒ No. Go to Part 7.

☐ Yes. Go to line 47.

                                                **Current value of the
portion you own?**
Do not deduct secured
claims or exemptions.

47. **Farm animals**

*Examples*: Livestock, poultry, farm-raised fish

☐ No

☐ Yes ................. _____    $ _____

**48. Crops—either growing or harvested**

☐ No

☐ Yes. Give specific information. ..........

$ _____

**49. Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☐ No

☐ Yes .....................

$ _____

**50. Farm and fishing supplies, chemicals, and feed**

☐ No

☐ Yes .................

$ _____

**51. Any farm- and commercial fishing-related property you did not already list**

☐ No

☐ Yes. Give specific information. ........

$ _____

**52. Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here** ........................................................................➜ $ _____0.00

---

**Part 7:    Describe All Property You Own or Have an Interest in That You Did Not List Above**

**53. Do you have other property of any kind you did not already list?**

*Examples:* Season tickets, country club membership

☒ No

☐ Yes. Give specific information.......

$ _____

$ _____

$ _____

**54. Add the dollar value of all of your entries from Part 7. Write that number here** ........................➜ $ _____0.00

---

**Part 8:    List the Totals of Each Part of this Form**

**55. Part 1: Total real estate, line 2** ...............................................................................➜ $ ____3,833.00

**56. Part 2: Total vehicles, line 5**                          $ ____1,000.00

**57. Part 3: Total personal and household items, line 15**   $ ____1,700.00

**58. Part 4: Total financial assets, line 36**               $ _____800.00

**59. Part 5: Total business-related property, line 45**      $ _____0.00

**60. Part 6: Total farm- and fishing-related property, line 52**  $ _____0.00

**61. Part 7: Total other property not listed, line 54**     + $ _____0.00

**62. Total personal property. Add lines 56 through 61.** ...............  $ ____3,500.00   Copy personal property total ➜ + $ ____3,500.00

**63. Total of all property on Schedule A/B. Add line 55 + line 62.** .........................................  $ ____7,333.00

---

**Fill in this information to identify your case:**

Debtor 1  ADAM  T.  WILLIAMSON
First Name  Middle Name  Last Name

Debtor 2
(Spouse, if filing)  First Name  Middle Name  Last Name

United States Bankruptcy Court for the: NORTHERN  District of IN

Case number
(If known) _____

☐ Check if this is an amended filing.

# Official Form 106C
## Schedule C: The Property You Claim As Exempt                    04/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

| Part 1: | Identify the Property You Claim as Exempt |

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: 12,709 U.S. HWY. 27 S., FT.....<br>Line from *Schedule A/B*: 1.1 | $ 84,000.00 | ☒ $ 3,833.00<br>☐ 100% of fair market value, up to any applicable statutory limit | I.C. 34-55-10-2(c)(1) |
| Brief description: 2002 VOLVO<br>Line from *Schedule A/B*: 3.1 | $ 500.00 | ☒ $ 500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | I.C. 34-55-10-2(c)(2) |
| Brief description: 2001 HONDA 750<br>Line from *Schedule A/B*: 3.2 | $ 200.00 | ☒ $ 200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | I.C. 34-55-10-2(c)(2) |

3. **Are you claiming a homestead exemption of more than $160,375?**
   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☒ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

   ☐ No
   ☐ Yes

Official Form 106C                    Schedule C: The Property You Claim As Exempt  7,333                    page 1 of 2

| Debtor 1 | ADAM | T. | WILLIAMSON | | Case number (if known) |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Part 2:** Additional Page

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>Check only one box for each exemption | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: 2004 SUZUKI 800<br>Line from Schedule A/B: 3.3 | $ 300.00 | ☒ $ 300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | I.C. 34-55-10-2(c)(2) |
| Brief description: HOUSEHOLD GOODS<br>Line from Schedule A/B: 6 | $ 1,000.00 | ☒ $ 1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | I.C. 34-55-10-2(c)(2) |
| Brief description: ELECTRONICS<br>Line from Schedule A/B: 7 | $ 200.00 | ☒ $ 200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | I.C. 34-55-10-2(c)(2) |
| Brief description: CLOTHES<br>Line from Schedule A/B: 11 | $ 500.00 | ☒ $ 500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | I.C. 34-55-10-2(c)(2) |
| Brief description: CASH<br>Line from Schedule A/B: 16 | $ 100.00 | ☒ $ 100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | I.C. 34-55-10-2(c)(3) |
| Brief description: BANK ACCOUNT<br>Line from Schedule A/B: 17 | $ 200.00 | ☒ $ 200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | I.C. 34-55-10-2(c)(3) |
| Brief description: RETIREMENT ACCOUNT<br>Line from Schedule A/B: 21 | $ 500.00 | ☒ $ 500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | I.C. 34-55-10-2(c)(6) |
| Brief description: INSURANCE POLICY<br>Line from Schedule A/B: 31 | $ 0.00 | ☒ $ 0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | I.C. 34-55-10-2(c)(7) |
| Brief description: INSURANCE POLICY<br>Line from Schedule A/B: 31 | $ 0.00 | ☒ $ 0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | I.C. 27-1-12-14 |
| Brief description:<br>Line from Schedule A/B: | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br>Line from Schedule A/B: | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br>Line from Schedule A/B: | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |

**Fill in this information to identify your case:**

Debtor 1    ADAM        T.        WILLIAMSON
              First Name           Middle Name          Last Name

Debtor 2    _____ _____ _____
(Spouse, if filing)   First Name         Middle Name         Last Name

United States Bankruptcy Court for the: NORTHERN      District of IN

Case number _____
(If known)

☐ Check if this is an amended filing.

# Official Form 106D
## Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☒ Yes. Fill in all of the information below.

---

**Part 1:**   List All Secured Claims

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|

**2.1** BAYVIEW/METRO. LIFE INSO. CO.
Creditor's Name

P.O. BOX 331409
Number    Street

_____

MIAMI      FL    33233
City         State    ZIP Code

**Describe the property that secures the claim:**   $    80,167.00    $ _____    $ _____

| 12709 US HWY. 27 S., FORT WAYNE, IN |
|---|

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred _____

**Nature of lien.** Check all that apply.
☒ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number _____

**2.2** BAYVIEW/METROPOLITAN LIFE INS. CO.
Creditor's Name

STEPHANIE REINHART
Number    Street

P.O. BOX 441039

INDIANAPOLIS    IN    46244
City         State    ZIP Code

**Describe the property that secures the claim:**   $ _____    $ _____    $ _____

| 12709 US HWY. 27 S., FORT WAYNE, IN |
|---|

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred _____

**Nature of lien.** Check all that apply.
☒ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☒ Other (including a right to offset) MORTG. COLLEC...

Last 4 digits of account number _____

| Add the dollar value of your entries in Column A on this page. Write that number here: | $    80,167.00 |
|---|---|

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | ADAM | T. | WILLIAMSON |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: NORTHERN | | District of IN | |
| Case number | | | |
| (If known) | | | |

☐ Check if this is an amended filing.

## Official Form 106E/F
### Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Hold Claims Secured by Property.* If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

| Part 1: | List All of Your PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims against you?**
   ☐ No. Go to Part 2.
   ☒ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|---|

**2.1**
ALLEN CO. TREASURER
Priority Creditor's Name
Number   P.O. BOX 2540
Street

FORT WAYNE      IN      46801
City            State   ZIP Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☒ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

$ ___1,196.00   $ ___1,196.00   $ ___0.00

**2.2**
Priority Creditor's Name

Number   Street

City            State   ZIP Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

$ _____   $ _____   $ ___0.00

Debtor 1  ADAM            T.              WILLIAMSON
First Name      Middle Name      Last Name

Case number (if known) _____

| **Part 2:** | List All of Your NONPRIORITY Unsecured Claims |
|---|---|

**3.** **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☒ Yes

**4.** **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than four priority unsecured claims fill out the Continuation Page of Part 2.

Total claim

**4.1** ALLEN CO. REG. WATER & SEWER
Nonpriority Creditor's Name

P.O. BOX 2269
Number      Street

FORT WAYNE            IN        46801
City              State      ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number ____ ____ ____ ____

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify _____

$ 670.00

**4.2** BARCLAY CARD
Nonpriority Creditor's Name

P.O. BOX 60517
Number      Street

CITY OF INDUSTRY        CA        91716
City              State      ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number ____ ____ ____ ____

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify _____

$ 1,452.00

**4.3** CAPITAL ONE
Nonpriority Creditor's Name

P.O. BOX 6492
Number      Street

CAROL STREAM          IL        60197
City              State      ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number ____ ____ ____ ____

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify _____

$ 600.00

Debtor 1    ADAM          T.            WILLIAMSON            Case number (if known) _____
         First Name    Middle Name    Last Name

| Part 2: | Your NONPRIORITY Unsecured Claims - Continuation Page |
|---|---|

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.                **Total claim**

---

**4.4**  CAPITAL ONE
       Nonpriority Creditor's Name

**Last 4 digits of account number** _____        $          7,960.00

8605       BROADWAY
Number      Street                                **When was the debt incurred?** _____

MERRILLVILLE              IN        46410
City                      State     ZIP Code

**As of the date you file, the claim is:** Check all that
apply.

**Who incurred the debt? Check one.**
☐ Debtor 1 only                                   ☐ Contingent
☐ Debtor 2 only                                   ☒ Unliquidated
☐ Debtor 1 and Debtor 2 only                      ☐ Disputed
☐ At least one of the debtors and another

                                                  **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community debt**
                                                  ☐ Student loans
**Is the claim subject to offset?**               ☐ Obligations arising out of a separation agreement or
☒ No                                                 divorce that you did not report as priority claims
☐ Yes                                             ☐ Debts to pension or profit-sharing plans, and other
                                                     similar debts
                                                  ☒ Other. Specify COLLECTION

---

**4.5**  CHASE
       Nonpriority Creditor's Name

**Last 4 digits of account number** _____        $          4,021.00

       P.O. BOX 15123
Number      Street                                **When was the debt incurred?** _____

WILMINGTON               DE        19850
City                      State     ZIP Code

**As of the date you file, the claim is:** Check all that
apply.

**Who incurred the debt? Check one.**
☐ Debtor 1 only                                   ☐ Contingent
☐ Debtor 2 only                                   ☒ Unliquidated
☐ Debtor 1 and Debtor 2 only                      ☐ Disputed
☐ At least one of the debtors and another

                                                  **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community debt**
                                                  ☐ Student loans
**Is the claim subject to offset?**               ☐ Obligations arising out of a separation agreement or
☒ No                                                 divorce that you did not report as priority claims
☐ Yes                                             ☐ Debts to pension or profit-sharing plans, and other
                                                     similar debts
                                                  ☒ Other. Specify _____

---

**4.6**  CITI CARD
       Nonpriority Creditor's Name

**Last 4 digits of account number** _____        $          3,823.00

       P.O. BOX 78045
Number      Street                                **When was the debt incurred?** _____

PHOENIX                  AZ        85062
City                      State     ZIP Code

**As of the date you file, the claim is:** Check all that
apply.

**Who incurred the debt? Check one.**
☐ Debtor 1 only                                   ☐ Contingent
☐ Debtor 2 only                                   ☒ Unliquidated
☐ Debtor 1 and Debtor 2 only                      ☐ Disputed
☐ At least one of the debtors and another

                                                  **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community debt**
                                                  ☐ Student loans
**Is the claim subject to offset?**               ☐ Obligations arising out of a separation agreement or
☒ No                                                 divorce that you did not report as priority claims
☐ Yes                                             ☐ Debts to pension or profit-sharing plans, and other
                                                     similar debts
                                                  ☒ Other. Specify _____

---

| Debtor 1 | ADAM | T. | WILLIAMSON | Case number (if known) |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Part 2:** Your NONPRIORITY Unsecured Claims - Continuation Page

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.

**Total claim**

### 4.7 CREST FIN./KARL T. RYAN
Nonpriority Creditor's Name

6502    WESTFIELD BLVD.
Number    Street

INDIANAPOLIS                    IN        46220
City                    State    ZIP Code

**Who incurred the debt? Check one.**
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify _____

$ 1,055.00

---

### 4.8 DIOR JEWELERS
Nonpriority Creditor's Name

3131    MANCHESTER EXP., STE. 53-A
Number    Street

COLUMBUS                    GA        31909
City                    State    ZIP Code

**Who incurred the debt? Check one.**
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify _____

$ 970.00

---

### 4.9 DISCOVER BANK
Nonpriority Creditor's Name

P.O. BOX 6103
Number    Street

CAROL STREAM                    IL        60197
City                    State    ZIP Code

**Who incurred the debt? Check one.**
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify 2 ACCTS.

$ 8,382.00

---

Official Form 106E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    page 4 of 9

| Debtor 1 | ADAM | T. | WILLIAMSON | Case number (if known) | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

**Part 2:**    Your NONPRIORITY Unsecured Claims - Continuation Page

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.      **Total claim**

---

**4.10**   DISCOVER BANK/LLOYD & MCDANIEL
Nonpriority Creditor's Name

     P.O. BOX 23200
Number      Street

LOUISVILLE      KY      40223
City      State      ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** ____

**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify COLLECTION LAWSUIT

$ ____

---

**4.11**   ERIE INS.
Nonpriority Creditor's Name

100      ERIE INS. PLACE
Number      Street

ERIE      PA      16530
City      State      ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** ____

**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify 2 ACCTS.

$      252.00

---

**4.12**   HOCH INS. AGENCY INC.
Nonpriority Creditor's Name

209      E. WASHINGTON CTR. RD.
Number      Street

FORT WAYNE      IN      46825
City      State      ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** ____

**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify

$      260.00

---

| Debtor 1 | ADAM | T. | WILLIAMSON | Case number (if known) | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Part 2:**    Your NONPRIORITY Unsecured Claims - Continuation Page

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.                    **Total claim**

**4.13**

LUTHERAN HEALTH/BOA
Nonpriority Creditor's Name

**Last 4 digits of account number**                    $        25.00

15673    COLLECT. CTR. DR.
Number        Street

**When was the debt incurred?**

CHICAGO                    IL        60693
City                    State        ZIP Code

**As of the date you file, the claim is:** Check all that apply.

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**
☒ No
☐ Yes

☒ Other. Specify

**4.14**

LUTHERAN HEALTH/BOA
Nonpriority Creditor's Name

**Last 4 digits of account number**                    $        204.00

15691    COLLECT. CTR. DR.
Number        Street

**When was the debt incurred?**

CHICAGO                    IL        60693
City                    State        ZIP Code

**As of the date you file, the claim is:** Check all that apply.

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**
☒ No
☐ Yes

☒ Other. Specify

**4.15**

OREILLY AUTO PARTS
Nonpriority Creditor's Name

**Last 4 digits of account number**                    $        148.00

233 S. PATTERSON AVE.
Number        Street

**When was the debt incurred?**

SPRINGFIELD                    MO        65802
City                    State        ZIP Code

**As of the date you file, the claim is:** Check all that apply.

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**
☒ No
☐ Yes

☒ Other. Specify

Debtor 1    ADAM         T.            WILLIAMSON
            First Name   Middle Name   Last Name

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims - Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.

**Total claim**

---

**4.16**  PARKVIEW HEALTH
Nonpriority Creditor's Name

Number  P.O. BOX 5600  Street

FORT WAYNE                    IN        46895
City                         State     ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify _____

$              8.00

---

**4.17**  PAYPAL/SYNCHRONY
Nonpriority Creditor's Name

Number  P.O. BOX 960080  Street

ORLANDO                      FL        32896
City                         State     ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify _____

$          3,257.00

---

**4.18**  PNC BANK
Nonpriority Creditor's Name

Number  P.O. BOX 856177  Street

LOUISVILLE                   KY        40285
City                         State     ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify _____

$          4,993.00

---

Official Form 106E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    page  7  of  9

Debtor 1    ADAM          T.             WILLIAMSON              Case number (if known) _____
            First Name    Middle Name    Last Name

| Part 2: | Your NONPRIORITY Unsecured Claims - Continuation Page |
|---|---|

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.                    **Total claim**

---

**4.19**  PRAXAIR DISTRIBUTION INC.
          Nonpriority Creditor's Name

          DEPT. CH 10666
          Number        Street

          PALATINE                  IL        60055
          City                      State     ZIP Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** _____            $ _____ 8.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify _____

---

**4.20**  REPUBLIC SERV./COAST TO COAST FIN.
          Nonpriority Creditor's Name

          P.O. BOX 2096
          Number        Street

          THOUSAND OAKS             CA        91358
          City                      State     ZIP Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** _____            $ _____ 67.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify _____

---

**4.21**  SPRINT
          Nonpriority Creditor's Name

          P.O. BOX 4191
          Number        Street

          CAROL STREAM              IL        60197
          City                      State     ZIP Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** _____            $ _____ 529.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify _____

---

Debtor 1    ADAM        T.              WILLIAMSON
          First Name   Middle Name      Last Name                    Case number (if known) _____

| Part 4: | Add the Amounts for Each Type of Unsecured Claim |
|---|---|

1.  **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159.**
    **Add the amounts for each type of unsecured claim.**

Total claim

**Total claims from Part 1**

6a. **Domestic support obligations**                    6a.  $ _____ 0.00

6b. **Taxes and certain other debts you owe the**       6b.  $ _____ 1,196.00
    **government**

6c. **Claims for death or personal injury while you**   6c.  $ _____ 0.00
    **were intoxicated**

6d. **Other.** Add all other priority unsecured claims.  6d.
    Write that amount here.                                  + $ _____ 0.00

6e. **Total.** Add lines 6a through 6d.                 6e.  $ _____ 1,196.00

Total claim

**Total claims from Part 2**

6f. **Student loans**                                   6f.  $ _____ 0.00

6g. **Obligations arising out of a separation agreement**  6g.  $ _____ 0.00
    **or divorce that you did not report as priority**
    **claims**

6h. **Debts to pension or profit-sharing plans, and**   6h.  $ _____ 0.00
    **other similar debts**

6i. **Other.** Add all other nonpriority unsecured claims.  6i.  + $ _____ 38,684.00
    Write that amount here.

6j. **Total.** Add lines 6f through 6i.                 6j.  $ _____ 38,684.00

**Fill in this information to identify your case:**

Debtor 1    ADAM                  T.                  WILLIAMSON
            First Name            Middle Name         Last Name

Debtor 2
(Spouse, if filing)    First Name    Middle Name    Last Name

United States Bankruptcy Court for the: NORTHERN        District of IN

Case number
(If known)

☐ Check if this is an amended filing.

## Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**
   - ☒ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
   - ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone). See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.**

| Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|
| **2.1** Name <br> Number   Street <br> City     State   ZIP Code | |
| **2.2** Name <br> Number   Street <br> City     State   ZIP Code | |
| **2.3** Name <br> Number   Street <br> City     State   ZIP Code | |
| **2.4** Name <br> Number   Street <br> City     State   ZIP Code | |
| **2.5** Name <br> Number   Street <br> City     State   ZIP Code | |

**Fill in this information to identify your case:**

Debtor 1 ADAM T. WILLIAMSON
First Name Middle Name Last Name

Debtor 2
(Spouse, if filing) First Name Middle Name Last Name

United States Bankruptcy Court for the: NORTHERN District of IN

Case number
(If known)

☐ Check if this is an amended filing.

## Official Form 106H

## Schedule H: Your Codebtors 12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)
   ☒ No
   ☐ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
   ☐ No. Go to line 3.
   ☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?
      ☐ No
      ☐ Yes. In which community state or territory did you live? ____. Fill in the name and current address of that person.

   _____
   Name of your spouse, former spouse, or legal equivalent

   _____
   Number      Street

   _____
   City                        State     ZIP Code

3. **In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on** *Schedule D* **(Official Form 106D),** *Schedule E/F* **(Official Form 106E/F), or Schedule G (Official Form 106G). Use** *Schedule D,* *Schedule E/F, or Schedule G* **to fill out Column 2.**

   *Column 1:* **Your codebtor**                                   *Column 2:* **The creditor to whom you owe the debt**
                                                                   Check all schedules that apply:

   | 3.1 | |
   |---|---|
   | Name | ☐ Schedule D, line ___ |
   | | ☐ Schedule E/F, line ___ |
   | Number      Street | ☐ Schedule G, line ___ |
   | City                State     ZIP Code | |

   | 3.2 | |
   |---|---|
   | Name | ☐ Schedule D, line ___ |
   | | ☐ Schedule E/F, line ___ |
   | Number      Street | ☐ Schedule G, line ___ |
   | City                State     ZIP Code | |

   | 3.3 | |
   |---|---|
   | Name | ☐ Schedule D, line ___ |
   | | ☐ Schedule E/F, line ___ |
   | Number      Street | ☐ Schedule G, line ___ |
   | City                State     ZIP Code | |

**Fill in this information to identify your case:**

Debtor 1    ADAM    T.    WILLIAMSON
            First Name    Middle Name    Last Name

Debtor 2
(Spouse, if filing)    First Name    Middle Name    Last Name

United States Bankruptcy Court for the: NORTHERN    District of IN

Case number
(If known)    _____

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13
   income as of the following date:
   _____
   MM / DD / YYYY

## Official Form 106I

# Schedule I: Your Income
12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Employment

|  | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| If you have more than one job, attach a separate page with information about additional employers.<br><br>Include part-time, seasonal, or self-employed work.<br><br>Occupation may include student or homemaker, if it applies | **Employment status** | ☒ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| | **Occupation** | | |
| | **Employer's name** | HZ JDB INC. | |
| | **Employer's address** | Number   Street | Number   Street |
| | | | |
| | | City      State    ZIP Code | City      State    ZIP Code |
| | **How long employed there?** | 4 MONTHS | |

### Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

|  | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $        4,000.00 | $        0.00 |
| 3. | Estimate and list monthly overtime pay. | 3. + | $        0.00 | + $        0.00 |
| 4. | Calculate gross income. Add line 2 + line 3. | 4. | $        4,000.00 | $        0.00 |

Debtor 1   ADAM        T.          WILLIAMSON          Case number (if known) _____
            First Name    Middle Name      Last Name

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| | Copy line 4 here.................................................➔ 4. | $ 4,000.00 | $ 0.00 |
| 5. | List all payroll deductions: | | |
| 5a. | Tax, Medicare, and Social Security deductions   5a. | $ 810.00 | $ 0.00 |
| 5b. | Mandatory contributions for retirement plans   5b. | $ 0.00 | $ 0.00 |
| 5c. | Voluntary contributions for retirement plans   5c. | $ 160.00 | $ 0.00 |
| 5d. | Required repayments of retirement fund loans   5d. | $ 0.00 | $ 0.00 |
| 5e. | Insurance   5e. | $ 0.00 | $ 0.00 |
| 5f. | Domestic support obligations   5f. | $ 0.00 | $ 0.00 |
| 5g. | Union dues   5g. | $ 0.00 | $ 0.00 |
| 5h. | Other deductions. Specify: _____   5h. | +$ 0.00 | +$ 0.00 |
| 6. | Add the payroll deductions. Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g +5h   6. | $ 970.00 | $ 0.00 |
| 7. | Calculate total monthly take-home pay. Subtract line 6 from line 4.   7. | $ 3,030.00 | $ 0.00 |
| 8. | List all other income regularly received: | | |
| 8a. | Net income from rental property and from operating a business, profession, or farm | | |
| | Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.   8a. | $ 0.00 | $ 0.00 |
| 8b. | Interest and dividends   8b. | $ 0.00 | $ 0.00 |
| 8c. | Family support payments that you, a non-filing spouse, or a dependent regularly receive | | |
| | Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.   8c. | $ 0.00 | $ 0.00 |
| 8d. | Unemployment compensation   8d. | $ 0.00 | $ 0.00 |
| 8e. | Social Security   8e. | $ 0.00 | $ 0.00 |
| 8f. | Other government assistance that you regularly receive | | |
| | Include cash assistance and the value (if know) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____   8f. | $ 0.00 | $ 0.00 |
| 8g. | Pension or retirement income   8g. | $ 0.00 | $ 0.00 |
| 8h. | Other monthly income. Specify: _____   8h. | +$ 0.00 | +$ 0.00 |
| 9. | Add all other income. Add lines 8a + 8b + 8c + 8d + 8e +8f +8g +8h   9. | $ 0.00 | $ 0.00 |
| 10. | Calculate monthly income. Add line 7 + line 9.   Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.   10. | $ 3,030.00 | $ 0.00  = $ 3,030.00 |
| 11. | State all other regular contributions to the expenses that you list in Schedule J. | | |

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.

Specify: _____   11. + $ 0.00

12. Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income.   12. $ 3,030.00
Write that amount on the Summary of Schedules and Statistical Summary of Certain Liabilities and Related Data. If it applies.   **Combined monthly income**

13. Do you expect an increase or decrease within the year after you file this form?
☒ No.
☐ Yes. Explain: _____

**Fill in this information to identify your case:**

Debtor 1    ADAM         T.              WILLIAMSON
            First Name    Middle Name     Last Name

Debtor 2
(Spouse, if filing)  First Name    Middle Name    Last Name

United States Bankruptcy Court for the: NORTHERN          District of IN

Case number
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13
  income as of the following date:
  _____
  MM / DD / YYYY

☐ A separate filing for Debtor 2 because
  Debtor 2 maintains a separate household

## Official Form 106J

# Schedule J: Your Expenses                                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Your Household

1. **Is this a joint case?**
   ☒ No. Go to line 2.
   ☐ Yes. Does Debtor 2 live in a separate household?
      ☐ No.
      ☐ Yes. Debtor 2 must file a separate Schedule J.

2. **Do you have dependents**       ☒ No
   Do not list Debtor 1 and          ☐ Yes. Fill out this information for
   Debtor 2.                              each dependent..................

   Do not state the dependent's
   names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |

3. **Do your expenses include       ☒ No
   expenses of people other         ☐ Yes.
   than yourself and your
   dependents?**

### Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form B 6I.)

**Your Expenses**

4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.                     4.  $ _____ 450.00

   If not included on line 4:

   4a.  Real estate taxes                                          4a.  $ _____ 0.00

   4b.  Property, homeowner's, or renter's insurance              4b.  $ _____ 0.00

   4c.  Home maintenance, repair, and upkeep expenses            4c.  $ _____ 0.00

   4d.  Homeowner's association or condominium dues              4d.  $ _____ 0.00

Debtor 1   ADAM          T.           WILLIAMSON                                Case number (if known) _____
           First Name    Middle Name  Last Name

| | | Your Expenses |
|---|---|---|

5.  Additional mortgage payments for your residence, such as home equity loans.   5.  $ _____ 0.00

6.  Utilities:

    6a.  Electricity, heat, natural gas                                 6a.  $ _____ 350.00

    6b.  Water, sewer, garbage collection                            6b.  $ _____ 320.00

    6c.  Telephone, cell phone, Internet, satellite, and cable services   6c.  $ _____ 300.00

    6d.  Other. Specify: _____   6d.  $ _____ 0.00

7.  Food and housekeeping supplies                                    7.  $ _____ 350.00

8.  Childcare and children's educational costs                        8.  $ _____ 0.00

9.  Clothing, laundry, and dry cleaning                               9.  $ _____ 150.00

10. Personal care products and services                              10.  $ _____ 50.00

11. Medical and dental expenses                                      11.  $ _____ 300.00

12. **Transportation.** Include gas, maintenance, bus or train fare.   12.  $ _____ 450.00
    Do not include car payments.

13. Entertainment, clubs recreation, newspapers, magazines, and books   13.  $ _____ 0.00

14. Charitable contributions and religious donations                 14.  $ _____ 0.00

15. Insurance.
    Do not include insurance deducted from your pay or included in lines 4 or 20.

    15a.  Life insurance                                            15a.  $ _____ 20.00

    15b.  Health insurance                                         15b.  $ _____ 300.00

    15c.  Vehicle insurance                                        15c.  $ _____ 150.00

    15d.  Other insurance. Specify: _____       15d.  $ _____ 0.00

16. Taxes. Do not include taxes deducted from your pay or included in lines 4 or 20.   16.  $ _____ 0.00
    Specify: _____

17. Installment or lease payments:

    17a.  Car payments for Vehicle 1                             17a.  $ _____ 0.00

    17b.  Car payments for Vehicle 2                             17b.  $ _____ 0.00

    17c.  Other. Specify: _____     17c.  $ _____ 0.00

    17d.  Other. Specify: _____     17d.  $ _____ 0.00

18. Your payments of alimony, maintenance, and support that you did not report as deducted   18.  $ _____ 0.00
    from you pay on line 5, *Schedule I, Your Income* (Official Form B 6I).

19. Other payments you make to support others who do not live with you.   19.  $ _____ 0.00
    Specify: _____

20. Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income:*

    20a.  Mortgages on other property                           20a.  $ _____ 0.00

    20b.  Real estate taxes                                      20b.  $ _____ 0.00

    20c.  Property, homeowner's, or renter's insurance           20c.  $ _____ 0.00

    20d.  Maintenance, repair, and upkeep expenses               20d.  $ _____ 0.00

    20e.  Homeowner's association or condominium dues            20e.  $ _____ 0.00

Debtor 1    ADAM          T.                WILLIAMSON
            First Name    Middle Name       Last Name

Case number (if known) _____

---

21. **Other.** Specify: _____    21. $ _____ 0.00

22. **Calculate your monthly expenses**
    22a. Add lines 4 through 21.                                           $ _____ 3,190.00
    22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2.    $ _____ 0.00
    22c. Add lines 22a and 22b. The result is your monthly expenses.    22. $ _____ 3,190.00

23. **Calculate your monthly net income.**

    23a. Copy line 12 (*your combined monthly income*) from *Schedule I*.    23a. $ _____ 3,030.00

    23b. Copy your monthly expenses from line 22 above.    23b. -$ _____ 3,190.00

    23c. Subtract your monthly expenses from your monthly income.
         The result is your *monthly net income*.    23c. $ _____ -160.00

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?:**

    For example, do you expect to finish paying for your car loan within the year or do you expect your
    mortgage payment to increase or decrease because of a modification in the terms of your mortgage?

    ☒ No.
    ☐ Yes.    Explain here:

---

| Fill in this information to identify your case: |
|---|

Debtor 1        ADAM                    T.                    WILLIAMSON
                First Name              Middle Name           Last Name

Debtor 2
(Spouse, if filing)   First Name        Middle Name           Last Name

United States Bankruptcy Court for the: NORTHERN              District of IN

Case number
(If known)

☐ Check if this is an
   amended filing

## Official Form 106Dec

# Declaration About an Individual Debtor's Schedules                    12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☒ No

☐ Yes. Name of person _____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature*
                                                          (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

Ⓧ _____            Ⓧ _____
Signature of Debtor 1                          Signature of Debtor 2

Ⓧ Date   3·29·18                               Date _____
      MM / DD / YYYY                                 MM / DD / YYYY