**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | ADAM | T. | WILLIAMSON |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: NORTHERN        District of IN

Case number
(If known)  _____

☐ Check if this is an
amended filing

## Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy    04/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.   If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Give Details About Your Marital Status and Where You Lived Before |
|---|---|

**1. What is your current marital status?**

☐ Married
☒ Not married

**2. During the last 3 years, have you lived anywhere other than where you live now?**

☒ No
☐ Yes. List all of the places you lived in the last 3 years.  Do not include where you live now.

| **Debtor 1:** | Dates Debtor 1 lived there | **Debtor 2:** | Dates Debtor 2 lived there |
|---|---|---|---|
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| _____ Number     Street | From _____ To ____ | _____ Number   Street | From _____ To _____ |
| _____ City      State  ZIP Code | | _____ City      State  ZIP Code | |
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| _____ Number     Street | From _____ To _____ | _____ Number   Street | From _____ To _____ |
| _____ City      State  ZIP Code | | _____ City      State  ZIP Code | |

**3. Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☒ No
☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

Debtor 1    ADAM    T.    WILLIAMSON
       First Name    Middle Name    Last Name    Case number (if known) _____

| **Part 2:** | **Explain the Sources of Your Income** |
|---|---|

**4.** **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**

Fill in the total amount of income you received from all jobs and all businesses, including part-time activities. If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
☒ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☒ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ 8,000.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ _____ |
| **For last calendar year:**<br>(January 1 to December 31, 2017)<br>               YYYY | ☒ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ 18,335.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ _____ |
| **For the calendar year before that:**<br>(January 1 to December 31, 2016)<br>               YYYY | ☒ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ 1,000.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ _____ |

**5.** **Did you receive any other income during this year or the two previous calendar years?**

Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☒ No
☐ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ___ <br> ___ <br> ___ | $ _____ <br> $ _____ <br> $ _____ | ___ <br> ___ <br> ___ | $ _____ <br> $ _____ <br> $ _____ |
| **For last calendar year:**<br>(January 1 to December 31, _____)<br>               YYYY | ___ <br> ___ <br> ___ | $ _____ <br> $ _____ <br> $ _____ | ___ <br> ___ <br> ___ | $ _____ <br> $ _____ <br> $ _____ |
| **For the calendar year before that:**<br>(January 1 to December 31, _____)<br>               YYYY | | $ _____ <br> $ _____ <br> $ _____ | | $ _____ <br> $ _____ <br> $ _____ |

| Debtor 1 | ADAM | T. | WILLIAMSON | Case number (if known) | _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| **Part 3:** | List Certain Payments You Made Before You Filed for Bankruptcy |
|---|---|

**1. Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☐ No. **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,425* or more?

☐ No. Go to line 7.

☐ Yes. List below each creditor to whom you paid a total of $6,425* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

* Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.

☒ Yes. **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☒ No. Go to line 7.

☐ Yes. List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for... |
|---|---|---|---|---|
| _____<br>Creditor's Name<br><br>_____<br>Number     Street<br><br>_____<br><br>_____<br>City        State        ZIP Code | _____<br><br>_____<br><br>_____ | $ _____ | $ _____ | ☐ Mortgage<br>☐ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other _____ |
| _____<br>Creditor's Name<br><br>_____<br>Number     Street<br><br>_____<br><br>_____<br>City        State        ZIP Code | _____<br><br>_____ | $ _____ | $ _____ | ☐ Mortgage<br>☐ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other _____ |
| _____<br>Creditor's Name<br><br>_____<br>Number     Street<br><br>_____<br><br>_____<br>City        State        ZIP Code | _____<br><br>_____ | $ _____ | $ _____ | ☐ Mortgage<br>☐ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other _____ |

| Debtor 1 | ADAM | T. | WILLIAMSON | | Case number (if known) | _____ |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

---

**7. Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**

*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

☒ No
☐ Yes. List all payments to an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| Insider's Name | _____ | $ _____ | $ _____ | |
| Number    Street | _____ | | | |
| | _____ | | | |
| City                State    ZIP Code | | | | |
| Insider's Name | _____ | $ _____ | $ _____ | |
| Number    Street | _____ | | | |
| | _____ | | | |
| City                State    ZIP Code | | | | |

**8. Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**

Include payments on debts guaranteed or cosigned by an insider.

☒ No
☐ Yes. List all payments that benefited an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|
| Insider's Name | _____ | $ _____ | $ _____ | |
| Number    Street | _____ | | | |
| | _____ | | | |
| City                State    ZIP Code | | | | |
| Insider's Name | _____ | $ _____ | $ _____ | |
| Number    Street | _____ | | | |
| | _____ | | | |
| City                State    ZIP Code | | | | |

---

| Debtor 1 | ADAM | T. | WILLIAMSON | Case number (if known) | _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Part 4:    Identify Legal Actions, Repossessions, and Foreclosures**

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
   List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

   ☐ No
   ☒ Yes. Fill in the details.

| | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Case title METROPOLITAN LIFE INS. CO.<br><br>ADAM WILLIAMSON<br><br>Case number 02D01-1701-MF-000044 | FORECLOSURE | ALLEN SUPERIOR COURT<br>Court Name<br><br>Number    Street<br><br>City                State    ZIP Code | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| Case title DISCOVER BANK<br><br>ADAM T. WILLIAMSON<br><br>Case number 02D01-1610-CC-002085 | SUMMONS | ALLEN SUPERIOR COURT<br>Court Name<br><br>Number    Street<br><br>City                State    ZIP Code | ☒ Pending<br>☐ On appeal<br>☐ Concluded |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
    Check all that apply and fill in the details below.

    ☒ No.    Go to line 11.
    ☐ Yes.   Fill in the information below.

| | Describe the property | Date | Value of the property |
|---|---|---|---|
| _____<br>Creditor's Name<br><br>_____<br>Number    Street<br>_____<br>City          State    ZIP Code | | _____ | $ _____ |
| | **Explain what happened**<br>☐ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized, or levied. | | |
| _____<br>Creditor's Name<br><br>_____<br>Number    Street<br>_____<br>City          State    ZIP Code | | _____ | $ _____ |
| | **Explain what happened**<br>☐ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized, or levied. | | |

Debtor 1    ADAM        T.         WILLIAMSON       Case number (if known) _____
            First Name   Middle Name   Last Name

**11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☒ No

☐ Yes. Fill in the details.

| | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|
| Creditor's Name | | | $ |
| Number   Street | | | |
| City        State    ZIP Code | Last 4 digits of account number: XXXX– | | |

**12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☒ No

☐ Yes

**Part 5:    List Certain Gifts and Contributions**

**13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☒ No

☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| Person to Whom You Gave the Gift | | | $ |
| | | | $ |
| Number   Street | | | |
| City        State    ZIP Code | | | |
| Person's relationship to you | | | |

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| Person to Whom You Gave the Gift | | | $ |
| | | | $ |
| Number   Street | | | |
| City        State    ZIP Code | | | |
| Person's relationship to you | | | |

Official Form 107    Statement of Financial Affairs for Individuals Filing for Bankruptcy    page 6

Debtor 1    ADAM          T.                WILLIAMSON                              Case number (if known) _____
            First Name        Middle Name        Last Name

---

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☒ No
☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Date you contributed | Value |
|---|---|---|---|
| _____ Charity's Name | | _____ | $ _____ |
| _____ | | _____ | $ _____ |
| _____ Number    Street | | | |
| _____ City            State    ZIP Code | | | |

## Part 6:    List Certain Losses

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☒ No
☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss  Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | Date of your loss | Value of property lost |
|---|---|---|---|
| | | _____ | $ _____ |

## Part 7:    List Certain Payments or Transfers

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
☒ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| FRED WEHRWEIN Person Who Was Paid | | | |
| 1910    ST. JOE CENTER RD., #52 Number    Street | CASH | 3/26/2018 | $    800.00 |
| _____ | | _____ | $ _____ |
| FORT WAYNE        IN      46825 City            State    ZIP Code | | | |
| WEHRWEINPC@AOL.COM Email or website address | | | |
| _____ Person Who Made the Payment, if Not You | | | |

---

Debtor 1    ADAM    T.    WILLIAMSON

First Name    Middle Name    Last Name

Case number (if known) _____

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Person Who Was Paid | | | |
| | | | $ _____ |
| Number    Street | | | $ _____ |
| | | | |
| City    State    ZIP Code | | | |
| Email or website address | | | |
| Person Who Made the Payment, if Not You | | | |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

☒ No
☐ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Person Who Was Paid | | | |
| | | | $ _____ |
| Number    Street | | | $ _____ |
| | | | |
| City    State    ZIP Code | | | |

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☒ No
☐ Yes. Fill in the details.

| | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| Person Who Received Transfer | | | |
| | | | |
| Number    Street | | | |
| | | | |
| City    State    ZIP Code | | | |
| Person's relationship to you | | | |

| | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| Person Who Received Transfer | | | |
| | | | |
| Number    Street | | | |
| | | | |
| City    State    ZIP Code | | | |
| Person's relationship to you | | | |

Debtor 1    ADAM          T.             WILLIAMSON          Case number (if known) _____
            First Name    Middle Name    Last Name

19. Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a
    beneficiary? (These are often called *asset-protection devices*.)

☒ No
☐ Yes. Fill in the details.

|  | Description and value of the property transferred | Date transfer was made |
|---|---|---|
| Name of trust _____ <br><br> _____ | | _____ |

## Part 8:    List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your
    benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions,
    brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☒ No
☐ Yes. Fill in the details.

|  | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| Name of Financial Institution _____ <br><br> Number   Street _____ <br><br> _____ <br> City          State    ZIP Code | XXXX– | ☐ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other _____ | _____ | $ _____ |
| Name of Financial Institution _____ <br><br> Number   Street _____ <br><br> _____ <br> City          State    ZIP Code | XXXX– | ☐ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other _____ | _____ | $ _____ |

21. Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for
    securities, cash, or other valuables?

☒ No
☐ Yes. Fill in the details.

|  | Who else had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| Name of Financial Institution _____ <br><br> Number   Street _____ <br><br> _____ <br> City          State    ZIP Code | Name _____ <br><br> Number   Street _____ <br><br> _____ <br> City          State    ZIP Code | | ☐ No <br> ☐ Yes |

Debtor 1  ADAM          T.          WILLIAMSON          Case number (if known) _____
          First Name    Middle Name  Last Name

22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?
    ☒ No
    ☐ Yes. Fill in the details.

| | Who else has or had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| Name of Storage Facility _____ | Name _____ | | ☐ No |
| | | | ☐ Yes |
| Number    Street _____ | Number    Street _____ | | |
| City          State    ZIP Code | City          State    ZIP Code | | |

## Part 9:      Identify Property You Hold or Control for Someone Else

23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.
    ☒ No
    ☐ Yes. Fill in the details.

| | Where is the property? | Describe the property | Value |
|---|---|---|---|
| Owner's Name _____ | Number    Street _____ | | $ _____ |
| Number    Street _____ | City          State    ZIP Code | | |
| City          State    ZIP Code | | | |

## Part 10:      Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?

    ☒ No
    ☐ Yes. Fill in the details.

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| Name of Site _____ | Governmental unit _____ | | |
| Number    Street _____ | Number    Street _____ | | |
| City          State    ZIP Code | City          State    ZIP Code | | |

| Debtor 1 | ADAM | T. | WILLIAMSON | Case number (if known) |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**25. Have you notified any governmental unit of any release of hazardous material?**

☒ No
☐ Yes. Fill in the details.

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| Name of Site | Governmental unit | | |
| Number    Street | Number    Street | | |
| City        State    ZIP Code | City        State    ZIP Code | | |

**26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☒ No
☐ Yes. Fill in the details.

| | Court or agency | Nature of the case | Status of the case |
|---|---|---|---|
| Case title | Court name | | ☐ Pending |
| | Number    Street | | ☐ On appeal |
| Case number | City        State    ZIP Code | | ☐ Concluded |

| Part 11: | Give Details About Your Business or Connections to Any Business |
|---|---|

**27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☒ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)
☐ A partner in a partnership
☐ An officer, director, or managing executive of a corporation
☒ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies. Go to Part 12.
☒ Yes. Check all that apply above and fill in the details below for each business.

| | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| ADAMS AUTO REPAIR<br>Business Name | AUTO REPAIR | EIN: 8 2 – 2 0 5 2 9 7 0 |
| 2201    TAYLOR STREET<br>Number    Street | | Dates business existed |
| | Name of accountant or bookkeeper | |
| FORT WAYNE    IN    46802<br>City        State    ZIP Code | | From  OCT., 2015   To  NOV., 2017 |

| | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| Business Name | | EIN:        – |
| Number    Street | | Dates business existed |
| | Name of accountant or bookkeeper | |
| City        State    ZIP Code | | From  _____  To  _____ |

Debtor 1    ADAM          T.            WILLIAMSON            Case number (if known) _____
            First Name    Middle Name   Last Name

| | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| Business Name | | EIN: ___ – _____ |
| Number    Street | Name of accountant or bookkeeper | Dates business existed |
| City          State    ZIP Code | | From _____ To _____ |

28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.

☒ No
☐ Yes. Fill in the details below.

| | Date issued |
|---|---|
| Name | |
| Number    Street | MM / DD / YYYY |
| City          State    ZIP Code | |

## Part 12:    Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

☒ _____        ☒ _____
Signature of Debtor 1                    Signature of Debtor 2

X Date 3·29·18                           Date _____

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?

☒ No
☐ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?

☒ No
☐ Yes. Name of person _____.    Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

# United States Bankruptcy Court
## NORTHERN District Of IN

In re          ADAM T. WILLIAMSON                    Case No. _____

Debtor                                               Chapter _____7_____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U.S.C § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept....................................................... $ _____800.00_____

    Prior to the filing of this statement I have received ......................................... $ _____800.00_____

    Balance Due.......................................................................................... $ _____0.00_____

2.  The source of the compensation paid to me was:

    ☒ Debtor        ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ☒ Debtor        ☐ Other (specify):

4.  ☒    I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐    I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

    b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030)(12/15)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR (Continued)

d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

e. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

CHAPTER 7 CASES:   REAFFIRMATION AGREEMENTS, STAYS OF PROCEEDINGS, LIEN AVOIDANCES AND
SERVICES RENDERED AFTER THE INITIAL 341 MEETING OF CREDITORS.

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceedings.

X _3-29-18_                    X _____
   *Date*                         *Signature of Debtor, Adam T. Williamson*

                    _____  _3-29-18_
                    *Signature of Attorney, Fred Wehrwein*    FRED WEHRWEIN, PC

**Fill in this information to identify your case:**

Debtor 1    ADAM                    T.                    WILLIAMSON
            First Name              Middle Name           Last Name

Debtor 2
(Spouse, if filing)    First Name          Middle Name           Last Name

United States Bankruptcy Court for the: NORTHERN          District of IN

Case number
(If known)    _____

☐ Check if this is an
  amended filing

## Official Form 108

# Statement of Intentions for Individuals Filing Under Chapter 7          12/15

If you are an individual filing under chapter 7, you must fill out this form if:
- creditors have claims secured by your property, or
- you have leased personal property and the lease has not expired.

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form.

If two married people are filing together in a joint case, both are equally responsible for supplying correct information.
Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

| Part 1: | List Your Creditors Who Hold Secured Claims |
|---------|---------------------------------------------|

1. **For any creditors that you listed in Part 1 of** *Schedule D: Creditors Who Hold Claims Secured by Property* **(Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: BAYVIEW/METRO. LIFE INS. CO.<br><br>Description of property securing debt: 12709 US HWY. 27 S., FORT WAYNE, IN | ☒ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: _____ | ☐ No<br>☐ Yes |
| Creditor's name:<br><br>Description of property securing debt: | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: _____ | ☐ No<br>☐ Yes |
| Creditor's name:<br><br>Description of property securing debt: | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: _____ | ☐ No<br>☐ Yes |
| Creditor's name:<br><br>Description of property securing debt: | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: _____ | ☐ No<br>☐ Yes |

Debtor 1    ADAM                    T.                    WILLIAMSON
           First Name        Middle Name            Last Name        Case number (if known) _____

| Part 2: | List Your Unexpired Personal Property Leases |
|---|---|

For any unexpired personal property lease that you listed in *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G), fill in the information below. Do not list real estate leases. *Unexpired leases* are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

**Describe your unexpired personal property leases**                **Will the lease be assumed?**

Lessor's name: _____    ☐ No
                                    ☐ Yes
Description of
leased property: _____

Lessor's name: _____    ☐ No
                                    ☐ Yes
Description of
leased property: _____

Lessor's name: _____    ☐ No
                                    ☐ Yes
Description of
leased property: _____

Lessor's name: _____    ☐ No
                                    ☐ Yes
Description of
leased property: _____

Lessor's name: _____    ☐ No
                                    ☐ Yes
Description of
leased property: _____

Lessor's name: _____    ☐ No
                                    ☐ Yes
Description of
leased property: _____

Lessor's name: _____    ☐ No
                                    ☐ Yes
Description of
leased property: _____

| Part 3: | Sign Below |
|---|---|

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

☒ _/s/ signature_____    ☒ _____
Signature of Debtor 1                                Signature of Debtor 2

☒ Date _3-29-18_____                 Date _____
      MM / DD / YYYY                                 MM / DD / YYYY

UNITED STATES BANKRUPTCY COURT
NORTHER DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN RE:                                    )
ADAM T. WILLIAMSON         )
    XXX-XX-6508                       )
                                              )        CASE NO.
                                              )
                                              )
                                              )
DEBTOR (S)                            )

## VERIFICATION OF CREDITOR MATRIX

The above named debtor (s) hereby verifies under penalty of perjury that
the attached list of creditors is true and correct to the best of the knowledge
and belief of the debtor (s).

Date: x _3-29-18_                    x _____
                                                    Debtor

                                                    _____
                                                    Joint Debtor

ALLEN CO. REG. WATER & SEWER
P.O. BOX 2269
FORT WAYNE, IN  46801


ALLEN CO. TREASURER
P.O. BOX 2540
FORT WAYNE, IN  46801


BARCLAY CARD
P.O. BOX 60517
CITY OF INDUSTRY, CA  91716


BAYVIEW/METRO. LIFE INSO. CO.
P.O. BOX 331409
MIAMI, FL  33233


BAYVIEW/METROPOLITAN LIFE INS. CO.
STEPHANIE REINHART
P.O. BOX 441039
INDIANAPOLIS, IN  46244


CAPITAL ONE
P.O. BOX 6492
CAROL STREAM, IL  60197


CAPITAL ONE
8605 BROADWAY
MERRILLVILLE, IN  46410


CHASE
P.O. BOX 15123
WILMINGTON, DE  19850


CITI CARD
P.O. BOX 78045
PHOENIX , AZ  85062


CREST FIN./KARL T. RYAN
6502 WESTFIELD BLVD.
INDIANAPOLIS, IN  46220

DIOR JEWELERS
3131 MANCHESTER EXP., STE. 53-A
COLUMBUS, GA  31909


DISCOVER BANK
P.O. BOX 6103
CAROL STREAM, IL  60197


DISCOVER BANK/LLOYD & MCDANIEL
P.O. BOX 23200
LOUISVILLE, KY  40223


ERIE INS.
100 ERIE INS. PLACE
ERIE, PA  16530


HOCH INS. AGENCY INC.
209 E. WASHINGTON CTR. RD.
FORT WAYNE, IN  46825


LUTHERAN HEALTH/BOA
15691 COLLECT. CTR. DR.
CHICAGO, IL  60693


LUTHERAN HEALTH/BOA
15673 COLLECT. CTR. DR.
CHICAGO, IL  60693


OREILLY AUTO PARTS
233 S. PATTERSON AVE.
SPRINGFIELD, MO  65802


PARKVIEW HEALTH
P.O. BOX 5600
FORT WAYNE, IN  46895


PAYPAL/SYNCHRONY
P.O. BOX 960080
ORLANDO, FL  32896

PNC BANK
P.O. BOX 856177
LOUISVILLE, KY  40285


PRAXAIR DISTRIBUTION INC.
DEPT. CH 10666
PALATINE, IL  60055


REPUBLIC SERV./COAST TO COAST FIN.
P.O. BOX 2096
THOUSAND OAKS, CA  91358


SPRINT
P.O. BOX 4191
CAROL STREAM, IL  60197

**Fill in this information to identify your case:**

Debtor 1 ADAM T. WILLIAMSON
First Name    Middle Name    Last Name

Debtor 2
(Spouse, if filing) First Name    Middle Name    Last Name

United States Bankruptcy Court for the: Northern District of Indiana

Case number
(if known) _____

**Check one box only as directed in this form and in Form 122A-1Supp:**

☐ 1. There is no presumption of abuse.

☐ 2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 122A–2).

☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

☐ Check if this is an amended filing

---

Official Form 122A–1

# Chapter 7 Statement of Your Current Monthly Income
12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file *Statement of Exemption from Presumption of Abuse Under § 707(b)(2)* (Official Form 122A-1Supp) with this form.

| Part 1: | Calculate Your Current Monthly Income |
|---|---|

1. **What is your marital and filing status?** Check one only.

   ☐ **Not married.** Fill out Column A, lines 2-11.

   ☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

   ☐ **Married and your spouse is NOT filing with you.** You and your spouse are:

       ☐ **Living in the same household and are not legally separated.** Fill out both Columns A and B, lines 2-11.

       ☐ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C. § 707(b)(7)(B).

   **Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case.** 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|---|
| 2. | **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $ 2606 | $_____ |
| 3. | **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $_____ | $_____ |
| 4. | **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $_____ | $_____ |

5. **Net income from operating a business, profession, or farm**

| | Debtor 1 | Debtor 2 | | | |
|---|---|---|---|---|---|
| Gross receipts (before all deductions) | $_____ | $_____ | | | |
| Ordinary and necessary operating expenses | – $_____ | – $_____ | | | |
| Net monthly income from a business, profession, or farm | $_____ | $_____ | Copy here➔ | $_____ | $_____ |

6. **Net income from rental and other real property**

| | Debtor 1 | Debtor 2 | | | |
|---|---|---|---|---|---|
| Gross receipts (before all deductions) | $_____ | $_____ | | | |
| Ordinary and necessary operating expenses | – $_____ | – $_____ | | | |
| Net monthly income from rental or other real property | $_____ | $_____ | Copy here➔ | $_____ | $_____ |

| 7. | **Interest, dividends, and royalties** | | $_____ | $_____ |
|---|---|---|---|---|

Debtor 1 _____          Case number *(if known)* _____
         First Name    Middle Name    Last Name

| | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|

8. **Unemployment compensation** ................................................... $_____    $_____

Do not enter the amount if you contend that the amount received was a benefit
under the Social Security Act. Instead, list it here: .............................. ↓

For you ............................................................... $_____

For your spouse ................................................. $_____

9. **Pension or retirement income.** Do not include any amount received that was a
benefit under the Social Security Act. ............................................ $_____    $_____

10. **Income from all other sources not listed above.** Specify the source and amount.
Do not include any benefits received under the Social Security Act or payments received
as a victim of a war crime, a crime against humanity, or international or domestic
terrorism. If necessary, list other sources on a separate page and put the total below.

_____          $_____    $_____

_____          $_____    $_____

Total amounts from separate pages, if any.        + $_____   + $_____

11. **Calculate your total current monthly income.** Add lines 2 through 10 for each
column. Then add the total for Column A to the total for Column B.

$_____ + $_____ = $ 2606

Total current
monthly income

---

**Part 2:    Determine Whether the Means Test Applies to You**

12. **Calculate your current monthly income for the year.** Follow these steps:

12a. Copy your total current monthly income from line 11. ...................................... Copy line 11 here ➔    $ 2606

Multiply by 12 (the number of months in a year).      x 12

12b. The result is your annual income for this part of the form.      12b.  31,279

13. **Calculate the median family income that applies to you.** Follow these steps:

Fill in the state in which you live.      [ IN ]

Fill in the number of people in your household.      [ ONE ]

Fill in the median family income for your state and size of household. ................................. 13.    47,799

To find a list of applicable median income amounts, go online using the link specified in the separate
instructions for this form. This list may also be available at the bankruptcy clerk's office.

14. **How do the lines compare?**

14a. ☑  Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.*
Go to Part 3.

14b. ☐  Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 122A-2.*
Go to Part 3 and fill out Form 122A-2.

---

**Part 3:    Sign Below**

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

Ⓧ _Adam William_____     X _____
Signature of Debtor 1                           Signature of Debtor 2

X Date _3·29·18___                Date _____
     MM / DD / YYYY                      MM / DD / YYYY

If you checked line 14a, do NOT fill out or file Form 122A-2.

If you checked line 14b, fill out Form 122A-2 and file it with this form.

---

Official Form 122A-1          Chapter 7 Statement of Your Current Monthly Income          page 2